DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**URBN FLAGLER, LLC** and **ITAY AVITAL,**
Appellants,

v.

**OPHIR, LLC,** et al.,
Appellees.

Nos. 4D2024-2581 and 4D2025-0677

[February 12, 2026]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack Tuter, Judge; L.T. Case No. CACE22015430

Amy Wessel Jones of Shutts & Bowen LLP, Fort Lauderdale, and Matthew S. Sackel and Devon A. Woolard of Shutts & Bowen LLP, West Palm Beach, for appellants.

Michael P. Hamaway and Seth A. Kupilik of Mombach, Boyle, Hardin & Simmons, P.A., Fort Lauderdale, for appellee Knallhart Holding II, LLC.

No appearance for appellee Ophir, LLC.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHAW, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***